UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DEMETRIUS SPRINGS,**

    **Plaintiff,**

v.                                          Case No.  3:15cv3/MCR/CJK

**WALTER L. GIELOW, et al.,**

    **Defendants.**

_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 13, 2015.  (Doc. 4).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This case is **DISMISSED WITHOUT PREJUDICE** because Plaintiff failed to pay the filing fee at the time he initiated this case and Plaintiff is not entitled to be granted *in forma pauperis* status pursuant to 28 U.S.C. § 1915(g).

    3.    The clerk is directed to close the file.

    **DONE AND ORDERED** this 29th day of July, 2015.

                                                      s/ *M. Casey Rodgers*
                                                      **M. CASEY RODGERS
                                                      CHIEF UNITED STATES DISTRICT JUDGE**